**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00288-04** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JUSTIN MAURICE HAWKINS (04)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation (Doc. 213). After considering the official transcript (Doc. 206) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Justin Maurice Hawkins, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1 of the Bill of Information, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for May 4, 2023, at 10:00 a.m. in courtroom #4, in Lake Charles before the undersigned.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of February, 2023.

_____
**JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE**
